USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BENSON, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

THE RIDGE WALLET,

Defendant,

**MEMORANDUM ENDORSED**

1:25-cv-7876

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Plaintiff, Anthony Benson ("Plaintiff"), by and through his undersigned counsel, hereby provides notice, pursuant to Rule 41(a)(1)(A) (i) of the Federal Rules of Civil Procedure, that he is voluntarily dismissing the above action without prejudice.

Dated: New York, New York
       December 10, 2025

**JOSEPH & NORINSBERG, LLC**

By: /s/ Robert Schonfeld

Robert Schonfeld, Esq.
Jon L. Norinsberg, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022
Tel: (212) 227-5700
Rschonfeld@employeejustice.com
jon@norinsberglaw.com
*Attorneys for Plaintiff*

c.c.

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.
Dated:  December 10, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge